JS 44 (N.D. Ohio)                                                                                                                                               1

# Civil Cover Sheet

The JS-44 Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Please refer to the instructions on page 2.

## 1.

**(a) PLAINTIFFS**

Thomas Washington, et al.

**DEFENDANTS**

Cuyahoga County Juvenile Court, Joseph F. Russo, Adminstrative Judge, et al.

**1:02CV2094**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Cuyahoga
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c)** ATTORNEY'S NAME (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
See Attachment

ATTORNEYS (IF KNOWN)
See Attachment

**JUDGE OLIVER**

## II. BASIS OF JURISDICTION (PLACE A check IN ONE BOX ONLY)

[ ] 1 U.S. Government Plaintiff
[✓] 3 Federal Question (U.S. Gov't Not a Party)
[ ] 2 U.S. Government Defendant
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)
(PLACE A CHECK IN ONE BOX FOR PLAINTIFF AND IN ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of this State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE A CHECK IN ONE BOX ONLY)

[ ] 1 Original Proceeding
[✓] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT   Please click on the appropriate nature of suit

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| 110 Insurance | 310 Airplane | 362 Personal Injury— Med. Malpractice | 610 Agriculture | 422 Appeal 28 USC § 158 | 400 State Reapportionment |
| 120 Marine | 315 Airplane Product Liability | 365 Personal Injury— Product Liability | 620 Other Food & Drug | 423 Withdrawal 28 USC § 157 | 410 Antitrust |
| 130 Miller Act | 320 Assault, Libel, Slander | 368 Asbestos Personal Injury Product Liability | 625 Drug Related Seizure of Property 21 USC § 881 | | 430 Banks & Banking |
| 140 Negotiable Instrument | 330 Federal Employer's Liability | | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce/ICC Rates, etc. |
| 150 Overpayment Recovery & Enforcement of Judgment | 340 Marine | PERSONAL PROPERTY | 640 Railroad & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 345 Marine Product Liability | 370 Other Fraud | 650 Airline Regulations | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations (Civil RICO) |
| 152 Recovery of Defaulted Student Loans (Excluding Veterans) | 350 Motor Vehicle | 371 Truth in Lending | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| 153 Recovery of Overpayment of Vet's Benefits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 690 Other | | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 360 Other Pers. Injury | 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | 875 Customer Challenge 12 USC § 3410 |
| 190 Other Contract | | | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Prod. Liability | | | 720 Labor/Management Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| | | | 730 Labor/Management Reporting and Disclosure Act | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| | | | 740 Railway Labor Act | 864 SSID Title XVI | 894 Energy Allocation Act |
| | | | 790 Other Labor Litigation | 865 RSI (405(g)) | 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 791 Employees Retirement Income Security Act (ERISA) | **FEDERAL TAX SUITS** | 900 Appeal of Fee Determination Under Equal Access to Justice Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence HABEAS CORPUS: | | 870 Taxes (U.S. Plaintiff or Def.) | 950 Constitutionality of State Statute |
| 220 Foreclosure | ● 442 Employment | 530 General | | 871 IRS–Third Party 26 USC § 7609 | 890 Other Statutory Actions |
| 230 Rent Lease & Ejectm't | 443 Housing/ Accommodations | 535 Death Penalty | | | |
| 240 Torts to Land | 444 Welfare | 540 Mandamus & Other | | | |
| 245 Tort Product Liability | 440 Other Civil Rights | 550 Civil Rights | | | |
| 290 All Other Real Prop. | | 555 Prison Conditions | | | |

## VI. CAUSE OF ACTION
(Cite the U.S. civil statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statute unless this is a diversity action)

42 U.S.C. Section 1983: Employment Discrimination

## VII. REQUESTED IN COMPLAINT:
[ ] Check if this is a Fed. R. Civ. P. 23 Class Action
DEMAND: $ $25,000.00
CHECK YES ONLY IF DEMANDED IN COMPLAINT:
JURY DEMAND: [✓] YES  [ ] NO

## VIII. RELATED CASE(S) IF ANY (SEE INSTRUCTIONS)
JUDGE  O'Malley
DOCKET NUMBER  See Attachment

10/22/02
Date

*Kathleen A. Martin/cEH*
Signature of Attorney of Record

**FOR CLERK'S OFFICE USE ONLY**

RECEIPT NO. _____  AMOUNT $ _____  JUDGE _____  MAGISTRATE JUDGE _____

131680

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**I.** Civil Categories: (Please check <u>one category only</u>).

1. [✔] General Civil
2. [ ] Administrative Review/Social Security
3. [ ] Habeas Corpus Death Penalty

*If under Title 28, §2255, name the SENTENCING JUDGE: ................................................

CASE NUMBER: ................................................

**II.** **RELATED OR REFILED CASES.** See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled. Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action is [✔] **RELATED** to another **PENDING** civil case. This action is [ ] **REFILED** pursuant to LR 3.1.

**If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

**III.** In accordance with Local Civil Rule 3.8, actions involving counties in the Eastern Division shall be filed at any of the divisional offices therein. Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER. UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1) **Resident defendant.** If the defendant resides in a county within this district, please set forth the name of such county
**COUNTY:** Cuyahoga

Corporation **For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.**

(2) **Non-Resident defendant.** If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.
**COUNTY:**

(3) **Other Cases.** If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.
**COUNTY:**

**IV.** The Counties in the Northern District of Ohio are divided into divisions as shown below. After the county is determined in Section III, please check the appropriate division.

**EASTERN DIVISION**

[ ] AKRON (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)
[✔] CLEVELAND (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake, Lorain, Medina and Richland)
[ ] YOUNGSTOWN (Counties: Columbiana, Mahoning and Trumbull)

**WESTERN DIVISION**

[ ] TOLEDO (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca VanWert, Williams, Wood and Wyandot)

ATTACHMENT TO CIVIL COVER SHEET

SECTION 1(c):

PLAINTIFFS' ATTORNEY'S NAME:

Merrie Frost
R. JACK CLAPP & ASSOCIATES CO., L.P.A.
7784 Reynolds Road
Mentor, Ohio 44060
Tel: (440) 946-2433

DEFENDANTS' ATTORNEYS NAMES:

Kathleen A. Martin
Charles E. Hannan
Assistant Prosecuting Attorneys
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
Tel: (216) 443-7849

ATTORNEYS FOR DEFENDANTCUYAHOGA COUNTY JUVENILE COURT, JOSEPH F. RUSSO, ADMINISTRATIVE JUDGE; KENNETH J. LUSNIA; AND LEN MUNKS

SECTION VIII (Related Cases)

| | |
|---|---|
| Case No. 1:02 CV 1286 | Judge O'Malley |
| Case No. 1:02 CV 1327 | Judge O'Malley |