**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY GARNER, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No. 1:02CV1286 |
| | : | |
| | : | |
| CUYAHOGA COUNTY JUVENILE COURT, *et al.*, | : | |
| | : | |
| Defendants. | : | |


| | | |
|---|---|---|
| PAULA ROBERSON, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No. 1:02CV1327 |
| | : | |
| | : | |
| CUYAHOGA COUNTY JUVENILE COURT, *et al.*, | : | |
| | : | |
| Defendants. | : | |


| | | |
|---|---|---|
| THOMAS WASHINGTON, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No. 1:02CV2094 |
| v. | : | |
| | : | |
| | : | JUDGE O'MALLEY |
| CUYAHOGA COUNTY JUVENILE COURT, | : | |

|  |  |  |
|---|---|---|
| *et al.*, | : | **MEMORANDUM & ORDER** |
| Defendants. | : |  |

Pursuant to Rule 15, Plaintiffs move to amend their complaint to consolidate this action with two related cases, *Roberson v. Cuyahoga Cty. Juvenile Ct.*, 02cv1327, and *Washington v. Cuyahoga Cty. Juvenile Ct.*, 02cv2094. Plaintiffs also seek to add two additional party Defendants and to add claims for retaliation. Defendants do not oppose this motion.

Because the Court finds that all three cases involve similar claims against similar Defendants, the Court **GRANTS** Plaintiffs' motion to amend their complaint. In light of this consolidated complaint, the Court **DISMISSES** the actions in *Roberson v. Cuyahoga Cty. Juvenile Ct.*, 02cv1327, and *Washington v. Cuyahoga Cty. Juvenile Ct.*, 02cv2094, **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**